■ MAURICE MANOIL, Appellant, v. CARLO F. SALVADOR, Respondent.— Judgment dismissing the complaint, entered on March 26, 1963, on a directed verdict, affirmed, with $50 costs to respondent. Concur — Rabin, J. P., Valente, Stevens and Staley, JJ.; Steuer, J., dissents and would reverse and order a new trial on the ground that plaintiff was entitled to the best inference to be drawn from the testimony. In that view, sufficient was established to allow the jury to pass upon whether plaintiff was in fact defrauded.